ORIGINAL

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _CHARLES F. Cardone    098159 (SBI)_
(Name of Plaintiff)      (Inmate Number)

_DCC, 1181 Paddock Rd., Smyrna 19947_
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _ADDitional Sheets_

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 177

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested
   _YES_

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _SEE ADDitional SHEETS_

   _1:05-cv-00536 KAJ — 1:05-cv-00600 KAJ_

FILED
MAR 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   ••<u>Yes</u>   ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   ••<u>Yes</u>   ••No

C. If your answer to "B" is <u>Yes</u>:

1. What steps did you take? _A is not relevant — B - I have filed formal complaints against Defendants_

2. What was the result? _and have been denied relief by all involved..._

D. If your answer to "B" is <u>No</u>, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Paula Ryan_
Employed as _Proscecutor_ at _Sussex County_
Mailing address with zip code: _Georgetown, DE 19947_

(2) Name of second defendant: _E. Stephen Callaway_
Employed as _Public Defender_ at _Sussex County_
Mailing address with zip code: _Georgetown, DE 19947_

(3) Name of third defendant: _Attorney General_
Employed as _Attorney General_ at _Sussex County_
Mailing address with zip code: _Georgetown, Dela_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)
_YES_

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Since the year 2000, I have had the misfortune of coming in to contact, through Delaware's legal system, w/ the following defendants I have named in this 1983...: Paula Ryan, E. Stephen Callaway, Melanie Withers, Lawrence Sullivan, Judge Richard Stokes, Judge E. Scott Bradley, my court appointed attorney, Michael R. Abram, et al.

2. Each defendant, since my arrest date of Sept. 04, have denied my numerous requests in my court cases.... I requested motions to be filed, search for evidence to prove my innocence, bail reviews to reduce my bail, only to be ignored. Paula Ryan is the prosecutor in my case which is in the direct appeal phase to the Delaware Supreme Court, case #0409005091A... & Michael R

(Con't on additional sheets) →

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Pull the defendant's licenses.... licenses that allow them to make a mockery of our legal system.... that enables them to senselessly, wantonly, maliciously, destroy people as I, by allows them to think

3

2. and believe that they are above the law.... — I want compensatory damages, punitive, and any other kind of awardable damages available to me in the amount of Two Million Dollars

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  13  day of  March , 2 006 .

_Charles F. Cardone_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

— this is a continuation of IV. Statement of Claim — (if the Court will notice, I placed et al after my court appointed attny's name in section 2 of IV. Statement of Claim)..... I will now amend this complaint to include the following names as defendants: E. Scott Bradley, Sussex County Superior Court Judge; T. Henley Graves * start here→ ● — To continue: — Abram is my court appointed attny (by T. Henley Graves) who I filed a formal complaint with the State's ODC. Patricia Swartz denied me relief, also. — Margaret Naylor sent me a sua sponte dismissal by, supposedly, Chief Justice Myron Steele's order of my Judicial complaint of Judge Graves... I say "supposed dismissal" because the signature of the person who signed it is unintelligible and when I sent her a letter requesting her to send that dismissal to me with a readable signature, she just sent me another copy of the dismissal with the same marks in the space assigned for the signature of whoever dismissed. In my very, very, limited knowledge of the law, I feel that that dismissal of my complaint is not a legal document because of that scribble of a signature, unless of course, when it was copied the signature did not copy, properly. Or, it is an illegaly produced paper meant to dissuade me from seeking my constitutionally protected right of my rights of due process which have been, and continue to be, eroding and eroded by individuals such as the ones I have decided to file this 1983 complaint. End cfc

