IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


CHARLES F. CARDONE,                )
                                   )
            Plaintiff,             )
                                   )
      v.                           )  Civil Action No. 06-177 KAJ
                                   )
PAULA RYAN, E. STEPHEN             )
CALLOWAY, ATTORNEY GENERAL,        )
E. SCOTT BRADLEY, T. HENLY         )
GRAVES, MELANIE WITHERS,           )
LAWRENCE SULLIVAN, JUDGE           )
RICHARD STOKES, and                )
MICHAEL R. ABRAHAM                 )
                                   )
            Defendants.            )


**ORDER**


1.  The plaintiff Charles F. Cardone, SBI #098159, a
pro se litigant who is presently incarcerated, has filed this
action pursuant to 42 U.S.C. § 1983 without prepayment of the
filing fee or a request to proceed in forma pauperis.

2.  Pursuant to 28 U.S.C. § 1915(b), the plaintiff
shall be assessed the filing fee of $250.00.

3.  Pursuant to the requirements of 28 U.S.C.
§ 1915(a)(1) and (2), and in order to determine the schedule of
payment of the filing fee, the plaintiff shall submit to the
Clerk of Court, a request to proceed in forma pauperis and a
certified copy of his prison trust fund account statement (or
institutional equivalent) for the six-month period immediately

preceding the filing of the complaint, obtained from the
appropriate official at each institution at which the plaintiff
is confined. **FAILURE OF THE  PLAINTIFF TO RETURN THE REQUESTED
INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL
RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

4.    Unless the Court determines from the plaintiff's
financial information that he has no assets whatsoever, an
initial partial filing fee of 20 percent (20%) of the greater of
the plaintiff's average monthly deposit or average monthly
balance in the trust fund account shall be required to paid
before the court reviews the complaint. **NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

5.    Pursuant to 28 U.S.C. § 1915(g), if the plaintiff
has had three or more actions dismissed by the Court on the
grounds that they were frivolous, malicious, or failed to state a
claim upon which relief may be granted, then the Court shall deny
the plaintiff leave to proceed in forma pauperis in all future
suits filed without prepayment of the filing fee, unless the

2

Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 3/23/06

_____
United States District Judge

3

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

_____
Plaintiff

V.

_____
Defendant(s)

### APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   ☐ Yes   ☐ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):**_____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2.  Are you currently employed?   ☐ Yes   ☐ No

    a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.   Do you have any cash or checking or savings accounts?          □  Yes       □  No

     If "Yes" state the total amount  $_____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
     valuable property?
                                                                   □  Yes       □  No

     If "Yes" describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute to their support, *OR* state *NONE* if applicable.

     I declare under penalty of perjury that the above information is true and correct.

_____     _____
       DATE                                        SIGNATURE OF APPLICANT

**NOTE TO PRISONER:   A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**