# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Charles Cardone_ SBI#: _098159_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 22, 2006_        06-177

Attached are copies of your inmate account statement for the months of _September 1, 2005_ to _February 28, 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 313.31 |
| Oct | 563.70 |
| Nov | 398.50 |
| Dec | 314.63 |
| Jan | 280.68 |
| Feb | 232.34 |

Average daily balances/6 months: _352.43_

FILED
APR 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attachments
CC: File

_Stacy Shane_
3/22/06

# Individual Statement

## For Month of September 2005

Date Printed: 3/21/2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $329.70 | | Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | | | |

Current Location: 21      Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($0.37) | $329.70 | 153036 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153071 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153072 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153076 | | DST/POSTAGE | |
| Canteen | 9/6/2005 | ($4.98) | $0.00 | $0.00 | $324.72 | 154146 | | | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $324.35 | 155757 | | POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $319.93 | 155929 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $319.56 | 155972 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $315.14 | 156003 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $310.72 | 156004 | | DST/POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 156273 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.83) | $310.72 | 156311 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.24) | $310.72 | 156372 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 158529 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 158535 | | POSTAGE | |
| Canteen | 9/20/2005 | ($5.39) | $0.00 | $0.00 | $305.33 | 159482 | | | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 161334 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.59) | $305.33 | 161398 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 161457 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 163922 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164093 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164094 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164096 | | POSTAGE | |

Ending Mth Balance: $305.33

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement

## For Month of October 2005

Date Printed: 3/21/2006     Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $305.33 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |
| Current Location: | 21 | | Comments: | QOL3 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/4/2005 | ($34.84) | $0.00 | $0.00 | $270.49 | 165414 | | | |
| Pay-To | 10/5/2005 | ($100.00) | $0.00 | $0.00 | $170.49 | 166955 | 65224 | FRANK CARDONE | |
| Misc | 10/6/2005 | $500.00 | $0.00 | $0.00 | $670.49 | 167517 | | | MERCANTILE BANK |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $667.82 | 168052 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $666.99 | 168087 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.24) | $0.00 | $0.00 | $666.75 | 168138 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $664.08 | 168223 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.59) | $0.00 | $0.00 | $660.49 | 168265 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $657.82 | 168301 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $655.15 | 168349 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $652.48 | 168355 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $649.81 | 168432 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $649.44 | 168552 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $649.07 | 168551 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $648.70 | 168550 | | POSTAGE | |
| Pay-To | 10/11/2005 | ($20.10) | $0.00 | $0.00 | $628.60 | 169938 | | US DISTRICT COURT | |
| Pay-To | 10/13/2005 | ($13.45) | $0.00 | $0.00 | $615.15 | 171621 | | LF BOOK ORDERS | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172304 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172385 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($5.00) | $615.15 | 172386 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.85) | $615.15 | 172393 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172395 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172397 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172403 | | DST/POSTAGE | |
| Canteen | 10/18/2005 | ($2.20) | $0.00 | $0.00 | $612.95 | 172819 | | | |
| Pay-To | 10/26/2005 | ($5.00) | $0.00 | $0.00 | $607.95 | 175924 | | US DISTRICT COURT | |
| Medical | 10/27/2005 | $0.00 | ($2.00) | $0.00 | $607.95 | 176800 | | 10/18/05 | |
| Medical | 10/27/2005 | ($2.00) | $0.00 | $0.00 | $605.95 | 176858 | | 10/18/05 | |

# Individual Statement

## For Month of October 2005

Date Printed: 3/21/2006

Page 2 of 2

Ending Mth Balance: $605.95

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement

Date Printed: 3/21/2006

**For Month of November 2005**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | $605.95 | | |
| Current Location: | 21 | | Comments: | QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/1/2005 | ($12.99) | $0.00 | $0.00 | $592.96 | 177999 | | | |
| Pay-To | 11/3/2005 | ($200.00) | $0.00 | $0.00 | $392.96 | 179191 | | F CARDONE | |
| Pay-To | 11/3/2005 | ($5.00) | $0.00 | $0.00 | $387.96 | 179193 | | NAT PRISON PROJE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180455 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180456 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180462 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.60) | $387.96 | 180463 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($2.67) | $387.96 | 180494 | | POSTAGE | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 182793 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $387.59 | 183544 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $387.22 | 183614 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($5.00) | $0.00 | $0.00 | $382.22 | 183615 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $378.37 | 183616 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $378.00 | 183620 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $377.63 | 183618 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $377.26 | 183630 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.89 | 183702 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.52 | 183703 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.15 | 183706 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $375.55 | 183707 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($2.67) | $0.00 | $0.00 | $372.88 | 183724 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $372.51 | 183767 | | | |
| Canteen | 11/15/2005 | ($10.00) | $0.00 | $0.00 | $362.51 | 184191 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186342 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.85) | $362.51 | 186400 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($4.42) | $362.51 | 186407 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186422 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186442 | | | |
| Pay-To | 11/22/2005 | $50.00 | $0.00 | $0.00 | $412.51 | 187394 | | STOP PAY CK#7280 | |
| Canteen | 11/29/2005 | ($10.00) | $0.00 | $0.00 | $402.51 | 188840 | | | |

# Individual Statement

Date Printed: 3/21/2006                                              Page 2 of 2

## For Month of November 2005

| Pay-To | | | | | PSI PUBLISHING INC |
|---|---|---|---|---|---|
| 11/30/2005 | ($54.95) | $0.00 | $0.00 | 189684 | $347.56 |

Ending Mth Balance: $347.56

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement

## For Month of December 2005

Date Printed: 3/21/2006                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $347.56 | | |
|---|---|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | | | |
| Current Location: | 21 | | Comments: QOL3 | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 12/5/2005 | ($27.90) | $0.00 | $0.00 | $319.66 | 191298 | | LF BOOK ORDERS | |
| Canteen | 12/13/2005 | ($9.97) | $0.00 | $0.00 | $309.69 | 194244 | | | |
| Canteen | 12/27/2005 | ($10.00) | $0.00 | $0.00 | $299.69 | 199586 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $299.32 | 201751 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $295.47 | 201775 | | | |
| Supplies-MailP | 12/29/2005 | ($4.42) | $0.00 | $0.00 | $291.05 | 201782 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $290.68 | 201814 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $290.31 | 201835 | | | |
| | | | | Ending Mth Balance: | $290.31 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement

Date Printed: 3/21/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $290.31 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/10/2006 | ($10.00) | $0.00 | $0.00 | $280.31 | 206252 | | | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $280.31 | 211688 | | 11/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $280.31 | 211689 | | 11/20/05 | |
| Canteen | 1/24/2006 | ($9.80) | $0.00 | $0.00 | $270.51 | 212547 | | | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.37) | $270.51 | 213416 | | 11/16/05 | |

Ending Mth Balance: $270.51

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.02)

# Individual Statement

Date Printed: 3/21/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $270.51 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |
| Current Location: | 21 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $270.14 | 217926 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $269.77 | 217925 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $269.40 | 217958 | | 11/16/05 | |
| Medical | 2/3/2006 | $0.00 | $0.00 | $0.00 | $269.40 | 218437 | | 1/17/06 | |
| Medical | 2/3/2006 | ($4.00) | ($4.00) | $0.00 | $265.40 | 218569 | | 1/17/06 | |
| Canteen | 2/7/2006 | ($10.00) | $0.00 | $0.00 | $255.40 | 219309 | | | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $255.40 | 220452 | | 12/31/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $255.40 | 220453 | | 1/2/06 | |
| Canteen | 2/14/2006 | ($14.45) | $0.00 | $0.00 | $240.95 | 222395 | | | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($6.25) | $240.95 | 223744 | | 12/12/05 | |
| Pay-To | 2/17/2006 | ($25.00) | $0.00 | $0.00 | $215.95 | 224938 | | | MS NAOMI ROGERS |
| Pay-To | 2/23/2006 | ($30.00) | $0.00 | $0.00 | $185.95 | 226966 | | | ROCHELLE RUFFIN |
| Canteen | 2/28/2006 | ($18.12) | $0.00 | $0.00 | $167.83 | 228025 | | | |

Ending Mth Balance: $167.83

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.02)

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES F. CARDONE, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-177 KAJ
)
PAULA RYAN, E. STEPHEN )
CALLOWAY, ATTORNEY GENERAL, )
E. SCOTT BRADLEY, T. HENLY )
GRAVES, MELANIE WITHERS, )
LAWRENCE SULLIVAN, JUDGE )
RICHARD STOKES, and )
MICHAEL R. ABRAHAM )
)
Defendants. )

ORDER

1. The Plaintiff Charles F. Cardone, SBI #098159, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed in forma pauperis.

2. Pursuant to 28 U.S.C. § 1915(b), the plaintiff shall be assessed the filing fee of $250.00.

3. Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a request to proceed in forma pauperis and a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately

preceding the filing of the complaint, obtained from the appropriate official at each institution at which the plaintiff is confined. FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.

4. Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to paid before the court reviews the complaint. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.

5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the

2

Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 3/23/06

United States District Judge