OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 18, 2006

TO: Charles Francis Cardone
SBI #098159
DCC

**RE: Letter dated 5/15/06, CA 06-151, 06-152 & 06-177 KAJ**

Dear Mr. Cardone:

The Clerk's office is in receipt of the above referenced letter (copy enclosed and returned herewith).

In order for such papers to be accepted for filing in each case for consideration by the Court, they should be in the form of either a pleading or motion pursuant to Federal Rule Civil Procedure 7, seeking specific relief, and <u>must</u> reflect service on defendants' counsel, when applicable. Consequently, the Court will not act on your papers in their present form.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

PETER T. DALLEO
CLERK  Deputy Clerk

/rbe

cc: CA 06-151 KAJ
    CA 06-152 KAJ
    CA 06-177 KAJ

TO: Clerk of U.S. District Court, Delaware    May 15, 2006
RE: Civil Action No.s    06-151 KAJ
                        06-152 KAJ
                        06-177 KAJ

Dear Mr. Dalleo,

KAJ has ordered me to forward to the Court in 30 days $70.16 for each of the above actions, by my figuring that comes to $210.48 ... that amount is above and beyond 20% of $350.00. Furthermore, I haven't had $350.00 in my prison account since the end of November, 2005. At present, I have less than $100.00 in that same account. Last week I shelled out $30.00 to Justice of the Peace Court #9 in Middletown, DE, to pay for filing fees for an action in that court, so I may be reimbursed by this prison for stealing $200.00 from my account here in this DCC prison. That action is pending. Perhaps you could use the $250.00 I paid to have 06-05-0600 KAJ consolidated and/or dismissed without prejudice into 05-0536 KAJ? No matter how you slice it, my inability to pay for filing fees must not stop these actions I have filed, and the Court has accepted, from going forth ... am I correct? — I expect your response to be considerably more than your usual responses as evidenced by your enclosed Oct. 12, 2005, letter to me.

— Why does the 3rd Circuit assign Case Managers for pro se litigants and state district courts do not?

Sincerely,
Charles F. Cardone



FILED
MAY 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PB) scanned

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 12, 2005

TO: Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

RE: Letter Received Dated October 4, 2005
CA 05-536 KAJ
CA 05-600 KAJ

Dear Mr. Cardone:

The above referenced letter has been received by this office requesting assistance regarding whether or not you should pay the filing fees in your above cases. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc

May 14, 2006

I have paid $250.00 for each of the above CA(s) (2)... the 2 actions have been consolidated, as per my request... does the government plan on reimbursing me $250.00 for the consolidation? Please advise,

Charles F. Cardone

— If the filing of a motion is required for the above, please use this letter to act as that motion for reimbursement of [illegible] $250.00 [illegible] 5-14-06