OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 26, 2006

TO: Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

RE: Letter Received Dated 5/21/06
CA 06-151 KAJ
CA 06-152 KAJ
CA 06-177 KAJ

Dear Mr. Cardone:

The above referenced letter has been received by this office expressing your concerns and requesting an extension regarding payment of filing fees in your above cases.

Please refer to the highlighted portions of the attached filing fee Order which states in pertinent part that the partial filing fee is only deducted from your account "**when such funds become available**", and that the remaining payments are deducted "**each time that the balance in the plaintiff's trust account exceeds $10.00**".

Please note also that the Clerk's office will not provide you with courtesy copies of documents filed in your cases. It is your responsibility to maintain copies of your documents for your own records.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-151-KAJ |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CORRECTIONAL SERVICES MEDICAL | ) |
| | ) |
| Defendants. | ) |

**ORDER**

1. The plaintiff Charles F. Cardone, SBI #098159, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. The plaintiff filed his request to proceed <u>in forma pauperis</u> without the required certified copy of his prison trust fund account statement pursuant to 28 U.S.C. § 1915(a)(2).

2. On March 16, 2006, this Court granted the plaintiff leave to proceed <u>in forma pauperis</u> and ordered the plaintiff to provide a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. The plaintiff submitted the required documents on April 19, 2006.

3. In evaluating the plaintiff's account information pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that

the plaintiff has an average account balance of $350.80 for the six months preceding the filing of the complaint. The plaintiff's average monthly deposit is $91.67 for the six months preceding the filing of the complaint. Accordingly, the plaintiff is required to pay an initial partial filing fee of $70.16, this amount being 20 percent (20%) of $350.80, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint. **Therefore, the plaintiff shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court the attached authorization form allowing the agency having custody of him to forward the $70.16 initial partial filing fee and subsequent payments to the Clerk of the Court. FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

    4.  Upon receipt of this order and the authorization form, the Warden or other appropriate official at Delaware

Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $70.16 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

    5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court

determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 5/11/06

_____
United States District Judge

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-151-KAJ |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CORRECTIONAL SERVICES MEDICAL | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Charles F. Cardone, SBI #098159, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $70.16 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2006.

                                                _____
                                                Signature of Plaintiff