IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-151-KAJ |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CORRECTIONAL SERVICES MEDICAL | ) |
| | ) |
| Defendants. | ) |

*sent 5-28-06*

06-152-KAJ
06-177-KAJ  5-28-06

**AUTHORIZATION**

I, Charles F. Cardone, SBI #098159, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $70.16 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _May 11_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

*BD scanned*

2006 MAY 31 PM 2:26
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

authorization shall apply to any other agency into whose custody I may be transferred.

Date: *May 28*, 2006.

*Charles F. Cardone*
Signature of Plaintiff

2

I/M Charles F. Cardone
SBI# 098159  UNIT SHU(17)CU4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL Mail

Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE
19801-3570