OFFICE OF THE CLERK

**MARCIA M. WALDRON**          **UNITED STATES COURT OF APPEALS**          TELEPHONE

CLERK                                    FOR THE THIRD CIRCUIT                                    215-597-2995

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

July 10, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Cardone v. Ryan, et al
D. Del. No. 06-cv-0177-KAJ

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was postmarked June 29, 2006 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By:  /s/ Bradford A. Baldus
Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosure
cc:  Charles F. Cardone SBI #098159 (w/out enclosure)

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

### NOTICE OF APPEAL
### TO
### U.S. COURT OF APPEALS, THIRD CIRCUIT



RECEIVED
3 2006
U.S.C.A. 3rd. CIR.

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: _06 - 177 -_

_Charles F. Cardone, Plaintiff_

v.

DISTRICT COURT
JUDGE: _____ _Kent Jordan_

_Ryan, Callaway, Abram, et al_

Notice is hereby given that _____ _Charles F. Cardone_ _____
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____ _Memorandum Order_ _____

_____

entered in this action on _Jun 15, 2006_
(date)

Dated: _Jun 28, 2006_

_Charles F. Cardone - SBI #098159 - Prisoner - DCC_
(Counsel for Appellant-Signature)                              _Delaware_

_PRO SE_ _____                          _____
(Name of Counsel - Typed)                      (Counsel for Appellee)

_1181 Paddock Rd_ _____                 _____
(Address)                                      (Address)

_Smyrna, DE 19977_ _____            _____
(City, State Zip)                              (City, State Zip)

_____                                         _____
(Telephone Number)                             (Telephone Number)

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



M Charlie F. Cardune
SBI# 098159   UNIT SHU (17) C44
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 197
29 JUN 2006 PM 2 L

* U.S. Court of Appeals *
for the Third Circuit
21400 U.S. Court House
601 Market St.
Phila. Pa.
19106-1790

U.S.
X-RA
RECEIVED
3RD. CIR.

19106+1729   C013