## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT


RECEIVED JUN 3 2006 U.S.C.A. 3rd. CIR.

U.S. District Court for the District of Delaware

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Charles F. Cardone, Plaintiff

v.

Ryan, Callaway, Abram, et al

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

DISTRICT COURT DOCKET NUMBER: 06-177-

DISTRICT COURT JUDGE: Kent Jordan

Notice is hereby given that __Charles F. Cardone__ (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order, [ ] Other (specify) __Memorandum Order__

entered in this action on __Jun 15, 2006__ (date)

Dated: __Jun 28, 2006__

__Charles F. Cardone - SBI #098159 - Prisoner - DCC Delaware__
(Counsel for Appellant-Signature)

__PRO SE__
(Name of Counsel - Typed)

__1181 Paddock Rd__
(Address)

__Smyrna, DE 19977__
(City, State Zip)

_____ (Telephone Number)

_____ (Counsel for Appellee)

_____ (Address)

_____ (City, State Zip)

_____ (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

