UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-33338

Charles F. Cardone,
Appellant
v.
Paula Ryan, et al.
(D.C. No.: 06-cv-00177)

O R D E R

It appearing that a panel of this Court disposed of the above case by an Opinion filed , on February 2, 2007 and it further appearing that a motion for extension of time to file a Petition for Rehearing En Banc was timely filed by Appellant on February 16, 2007 and further appearing that the Clerk's Office erroneously issued the certified judgment/judgment-order in lieu of formal mandate on February 26, 2007,

It is  O R D E R E D  that the certified judgment/judgment-order issued in lieu of formal mandate on February 26, 2007, be and is hereby RECALLED.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: March 26, 2007
CLC\cc: Mr. Charles F. Cardone                    Ophelia M. Waters, Esq.



A True Copy:

Marcia M. Waldron, Clerk

O:\FORMS\Mandate\Mandate Recall Order.wpd