Jan. 27, 2008

05-600
05-536
06-151
06-152
06-177
06-646

Dated: _____

TO: Clerk of U.S. District Court
RE: Court costs and payment verification

FILED
JAN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

I have enclosed a copy of my Individual Statement as provided to me by this prison's business office. As is evidenced, the business office does not "say" what the deduction from my account is for other than "Legal" and "Pay to"... I have provided U.S. District Court with (amounts with dates) "Trans Type", "Date", and "Deposit or Withdrawal Amount"... please verify the following with appropriate receipts:

| Trans Type | Date | Deposit or Withdrawal Amount |
|---|---|---|
| Legal | 1-18-2007 | 28.00 |
| Legal | 3-9-2007 | 28.00 |
| Legal | 4/5/2007 | 28.00 |
| Legal | 6/8/2007 | 28.00 |
| Legal | 7/12/2007 | 16.83 |
| Legal | 8/6/2007 | 4.61 |
| Legal | 8/6/2007 | 38.00 |
| Legal | 11/2/2007 | 29.84 |
| Legal | 11/2/2007 | 28.16 |
| Legal | 1/11/2008 | 38.00 |

16

Thank you,
Charles F. Carbone
SBI# 098159
Smyrna Prison

**Individual Statement**
**From January 2007 to February 2007**

Date Printed: 2/28/2007                                                                                              Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | Beginning Month Balance: | $156.96 |
| Current Location: | 18 | | Comments: | | Ending Month Balance: | $134.92 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/2/2007 | $0.00 | $0.00 | ($0.39) | $156.96 | 366521 | | | |
| Canteen | 1/2/2007 | ($14.99) | $0.00 | $0.00 | $141.97 | 367440 | | | |
| Canteen | 1/9/2007 | ($15.98) | $0.00 | $0.00 | $125.99 | 369731 | | | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.11) | $125.99 | 371196 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.39) | $125.99 | 371199 | | 12/20/06 | |
| Canteen | 1/16/2007 | ($14.97) | $0.00 | $0.00 | $111.02 | 373081 | | | |
| Legal | 1/16/2007 | ($28.00) | $0.00 | ($28.00) | $111.02 | 373208 | | 12/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.87) | $111.02 | 373581 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373584 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373585 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373588 | | 12/14/06 | |
| Legal | 1/18/2007 | ($28.00) | $0.00 | $0.00 | $83.02 | 374780 | | 12/06 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375197 | | 12/12/06 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375252 | | 11/30/04 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375267 | | 11/26/06 | |
| Canteen | 1/23/2007 | ($14.98) | $0.00 | $0.00 | $68.04 | 375529 | | | |
| Canteen | 1/30/2007 | ($10.89) | $0.00 | $0.00 | $57.15 | 378174 | | | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $56.76 | 378629 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $56.37 | 378630 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $55.98 | 378631 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($1.11) | $0.00 | $0.00 | $54.87 | 378713 | | 12/10/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.48 | 378722 | | 12/11/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.09 | 379068 | | 12/20/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $53.70 | 379360 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.87) | $0.00 | $0.00 | $52.83 | 379354 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $52.44 | 379356 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $52.05 | 379357 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $51.66 | 379418 | | 12/12/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $51.27 | 379537 | | 11/30/04 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $50.88 | 379617 | | 11/26/06 | |